STAFFORD, District Judge,
concurring in part and dissenting in part.
To the extent the majority finds that the district court’s plain error requires us to vacate and remand for further proceedings, I must respectfully dissent. While I agree that the district court committed plain error, Murguia-Ochoa is not thereby entitled to relief unless he satisfies his burden to show that his substantial rights were affected by that error. United States v. Olano, 507 U.S. 725, 734, 113 S.Ct. 1770, 123 L.Ed.2d 508 (1993). He must, in other words, show a reasonable probability that, but for the error, he would have obtained a lesser sentence. United States v. Joseph, 716 F.3d 1273, 1280 (9th Cir.2013). Because I find that he has not made such a showing, I would affirm.